IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


JOSE C. RODRIGUEZ-CARO,                         09-CV-133-ST

    Petitioner,                                 ORDER

v.

DON MILLS

    Respondent.


**STEVEN T. WAX**
Federal Public Defender
**THOMAS J. HESTER**
Assistant Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503) 326-2123

        Attorneys for Petitioner


1 - ORDER

**JOHN KROGER**
Attorney General
**ANDREW HALLMAN**
Assistant Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

        Attorneys for Respondent

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#34) on February 25, 2011, in which she recommends the Court deny Petitioner Jose C. Rodriguez-Caro's Petition (#2) for Writ of Habeas Corpus, dismiss this matter with prejudice, and deny Petitioner a Certificate of Appealability. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Stewart's Findings and

2 - ORDER

Recommendation (#34) and, accordingly, **DENIES** the Petition (#2) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DENIES** a Certificate of Appealability.

IT IS SO ORDERED.

DATED this 27th day of April, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge