IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOSE C. RODRIGUEZ-CARO,** | 09-CV-133-ST |
| **Petitioner,** | **JUDGMENT** |
| v. | |
| **DON MILLS** | |
| **Respondent.** | |

    Based on the Court's Order (#36) issued April 27, 2011, the Court **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 27th day of April, 2011.

                                      /s/ Anna J. Brown

                                      ANNA J. BROWN
                                      United States District Judge

1 - JUDGMENT